# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DALE E. JONES,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) NO. 05-844-CJP |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 27, 2007 (Doc. 18), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: March 28, 2005

                                         **NORBERT G. JAWORSKI, CLERK**

                                         **BY: S/ Angela M. Vehlewald**
                                                       **Deputy Clerk**

**Approved by S/ Clifford J. Proud**
                 **United States Magistrate Judge**
                         **Clifford J. Proud**